DECEMBER 28, 2021

3:21-cv-1278-HLA-LLL

CHIEF JUDGE;
CLERK OF COURT
UNITED STATES DISTRICT COURT
300 NORTH HOGAN STREET
JACKSONVILLE, FL 32202

RE: NOTICE OF REMOVAL BY FEDERAL OFFICER INMATE CONFINED IN DUVAL COUNTY JAIL/ JOHN E. GOOD PTDF, 500 EAST ADAMS STREET, JAX 32202

TO WHOM IT MAY CONCERN,

ENCLOSED PLEASE FIND: (1.) NOTICE OF REMOVAL BY JAMES PRESCOTT CURRY; (2) EXHIBIT "A", DECLARATION OF JAMES PRESCOTT CURRY IN SUPPORT OF NOTICE OF REMOVAL ANNEXED THERETO AS ONE; EXHIBIT "B", COMPOSITE EXHIBITS OF ATTORNEY WORK PRODUCT IN SUPPORT OF NOTICE OF REMOVAL ANNEXED THERETO AS ONE.

PLEASE DOCKET, ASSIGN RANDOM JUDGE OR AS APPROPRIATE, BEST JUDGE; SECURE EXHIBITS IN VAULT; SECURE SCAN AND RETURN TO ME, OR SERVE ON SERVICE LIST (USAOJAX, FLAG, USAG, SAO4), FOR SERVICE; AND SEND ME CONFIRMATION OF DOCKETING LETTER TRANSMITTAL WITH CASE NUMBER, AND RECEIPT OF THIS LETTER.

(4 PREPAID FIRST-CLASS POSTAGE ENVELOPES (LETTER) ENCLOSED)

SINCERELY,

*James Prescott Curry*

JAMES.CURRY@CURRYPL.COM
FLA. BAR No.: 10346   JAMES PRESCOTT CURRY, ESQUIRE
                     JAIL # 2021048519

## CERTIFICATE OF INMATE

I AM AN INMATE CONFINED IN AN INSTITUTION. TODAY, DECEMBER 20, 2021, I AM DEPOSITING: (1) THIS LETTER TO CLERK AND CHIEF JUDGE; (2) NOTICE OF REMOVAL; AND EXHIBIT "A", DECLARATION; AND EXHIBIT "B", COMPOSITE EXHIBIT, ATTORNEY WORK PRODUCT; ANNEXED THERETO AS ONE;

IN THIS CASE INTO THE INSTITUTION'S INTERNAL MAIL SYSTEM. FIRST-CLASS POSTAGE IS BEING PREPAID EITHER BY ME OR BY THE INSTITUTION ON MY BEHALF.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. SEE 28 U.S.C. §1746; 18 U.S.C. §1621.

SIGNED ON: DECEMBER 20, 2021    James Prescott Berry
                                #2021018519 PTDF JAX
500 E. ADAMS ST., 32202  JOHN E. GOODE PTDF, 4TH JUD. CIR.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)

STATE OF FLORIDA,
ET AL.

vs.

CASE NO.:

JAMES PRESCOTT CURRY
DEFENDANT.

## NOTICE OF REMOVAL

PLEASE TAKE NOTICE that JAMES PRESCOTT CURRY ("CURRY") hereby removes this cause and all other civil and criminal matters against him that are pending, unfiled, closed or otherwise, existent in the 4th Judicial Circuit state court proceedings against him.

CURRY is entitled to such removal as he is an officer of the federal government and/or a member of the United States military or has been deemed as such by the same and/or foreign sovereign states. See, Fed.R.Civ.P.; 28 U.S.C. §§ 1442, 1442(a), 1442A, and related provisions. Further, CURRY is a federally-protected federal whistleblower, as of SEPTEMBER 2001, and re-affirmed as such in July 2020. Finally, CURRY, as of SEPTEMBER 2020, is an active recruit in the U.S. Army Cyber command direct commission program. SEE DECLARATION, EXHIBIT "A"

AND COMPOSITE EXHIBIT "B", ATTORNEY WORK PRODUCT, ANNEXED HERETO.

Respectfully submitted,

DATED: 12/28/21 AT JOHN E. GOODE PROF 500 EAST ADAMS STREET, JAX, FL 32202

[signature] #10346 FLA. BAR
DUVAL COUNTY JAIL PTOF
6W2B #38; #2021018519

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
(JACKSONVILLE DIVISION)

STATE OF FLORIDA
vs.                                    CASE NO.: _____
JAMES PRESCOTT CURRY,
   DETAINEE, ET AL.

DECLARATION OF JAMES PRESCOTT CURRY IN SUPPORT OF NOTICE OF REMOVAL DATED 12/20/21

[EXHIBIT "A"]

PLEASE TAKE NOTICE THAT Detainee, JAMES PRESCOTT CURRY, ESQUIRE, HEREBY REMOVES, TO THIS HONORABLE COURT, THE CAUSES AGAINST HIM CURRENTLY PENDING IN THE CIRCUIT COURT OF THE FOURTH JUDICIAL CIRCUIT IN AND FOR DUVAL COUNTY, FLORIDA (16-2021-CF-008365-AXXX; 16-2021-CF-008394-AXXX-MA), AS WELL AS ANY UNDISCLOSED EX PARTE PROCEEDINGS THEREIN, WHETHER AT LAW OR IN EQUITY, AND AS GROUNDS THEREOF STATES: "It is true,..., that HABEAS CORPUS IS THE GREAT WRIT, AND THAT ACCESS TO IT THROUGH IT TO THE COURTS CANNOT BE DENIED..." -WHITE, J., DISSENTING, JOHNSON v. AVERY, 393 US 483 (1969). ALSO, "[T]HERE IS NO HIGHER DUTY THAN TO MAINTAIN THE WRIT OF HABEAS CORPUS UNIMPAIRED." Id. AT 485. THE BEDROCK, THEN, OF AMERICAN JURISPRUDENCE, NECESSARY FOR THE DETAINED, IS TO SEEK ANOTHER JUDICIAL APPROACH WHEN THE GREAT WRIT IS BEING IMPAIRED. HENCE, THE GENIUS OF OUR FOUNDERS HAS ARCHITECTED THE PRESENT REMOVAL THAT CURRY SEEKS. HIS REMOVAL HERE IS NO MERE MODALITY OF THERAPY FOR ONE CONDEMNED, FOR HE HAS YET TO BE. RATHER, THE CONSTITUTION, LAWS, OR TREATIES OF THE UNITED STATES OF AMERICA MANDATE SUCH REMOVAL.

I.) WITH REGARD TO THE SPECIFIC FED. R. CIV. P. THAT CURRY ASSERTS AS THE BASES FOR REMOVAL, THE MOST ON TARGET ARE 28 U.S.C. §1442 (FEDERAL OFFICERS OR AGENCIES SUED OR PROSECUTED); 28 U.S.C. §1442a (MEMBER OF ARMED FORCES SUED OR PROSECUTED); AND 28 U.S.C. §1443 (CIVIL RIGHTS CASES). BROADLY, OF COURSE, 28 U.S.C. §§ 1331, 1441 AND LOCAL RULE 1.06, LOCAL RULES FOR THE MIDDLE DISTRICT OF FLORIDA, ARE BASES AS WELL.

BECAUSE OF THE INCREDIBLE, CONGLOMERATED NATURE OF THE FACTS OF THIS PROCEEDING, MOREOVER, OUT OF AN ABUNDANCE OF CAUTION, CURRY ASSERTS THAT GOOD CAUSE EXISTS SUCH THAT IT WOULD BE PRUDENT FOR THE COURT TO GRANT RELIEF FROM THE LIMITATIONS OF 28 U.S.C. §1455(b)(2). AN EVIDENTIARY HEARING IS THE ONLY WAY TO WHITTLE DOWN THE CAUSES, BUT, MAKE NO MISTAKE, CURRY IS A UNITED STATES PERSON WITHIN THE CONTEMPLATION OF THE DRAFTERS OF 28 U.S.C. §1442 AND 28 U.S.C. §1442a. IN CURRY'S VIEW, A SPECIAL MASTER MAKES THE MOST SENSE, FOR THESE ARE THE OTHER BASES FOR REMOVAL THAT ARE COLORABLE: 28 U.S.C. §1349 (IN-Q-TEL); 28 U.S.C. §1350 (ALIEN TORT); 28 U.S.C. §1351 (DIPLOMATIC MISSION MEMBERS); 28 U.S.C. §1352 (BONDS EXECUTED UNDER FEDERAL LAW); 28 U.S.C. §1338(a) (A.O.C. RELATING TO PATENTS); 28 U.S.C. §1338(b) (PATENT CLAIM JOINED WITH SUBSTANTIAL AND RELATED CLAIM OF UNFAIR COMPETITION); 28 U.S.C. §(POSTAL MATTERS) 1339; 28 U.S.C. §1340 (A.O.C. PROVIDING FOR INTERNAL REVENUE); 28 U.S.C. §1337(a)(A.O.C. REGULATING COMMERCE OR PROTECTING TRADE AND COMMERCE AGAINST RESTRAINTS AND MONOPOLIES;

(2) OF (13) DECLARATION EXHIBIT "A"

28 U.S.C. §1334(b)(RELATED TO CASES UNDER CHAPTER VII); 28 U.S.C. §1336(a)(SURFACE TRANSPORTATION BOARD'S ORDER(S)) CONCOMITANT TO 28 U.S.C. §1398 (INTERSTATE COMMERCE COMMISSION'S ORDERS); 28 U.S.C. §1332(a)(2)-(4)(CITIZENS OR SUBJECTS OF FOREIGN STATES); 28 U.S.C. §1330 (ACTIONS AGAINST FOREIGN STATES); 28 U.S.C. §1348 (BANKING ASSOCIATION AS PARTY); 28 U.S.C. §1341 (TAX COLLECTION UNDER STATE LAW); 28 U.S.C. §1343(a)(1)-(4)(DEPRIVATION OF RIGHTS UNDER COLOR OF LAW CONSPIRACY); 28 U.S.C. §1345(UNITED STATES AS PLAINTIFF); 28 U.S.C. §1346(UNITED STATES AS DEFENDANT); 28 U.S.C. §1357 (INJURIES TO ONE'S PERSON OR PROPERTY ON ACCOUNT OF ANY ACT DONE BY THEM, UNDER ANY ACT OF CONGRESS, FOR THE PROTECTION OR COLLECTION OF ANY OF THE REVENUES, OR TO ENFORCE THE RIGHT OF CITIZENS TO VOTE); 28 U.S.C. §1361 (MANDAMUS TO COMPEL MILITARY OFFICERS AND RECRUITERS TO PERFORM DUTIES OWED TO PLAINTIFF); 28 U.S.C. §1364 (DIRECT ACTION AGAINST INSURERS OF MEMBERS OF DIPLOMATIC MISSIONS AND THEIR FAMILIES PURSUANT TO DIPLOMATIC RELATIONS ACT); 28 U.S.C. §1367 (SUPPLEMENTAL JURISDICTION) FOR DECLARATORY RELIEF, HERE, THAT CURRY HAS A CLAIM THAT IS COLORABLE PURSUANT TO [28 U.S.C. §1494(1)-(3) (ACCOUNTS OF OFFICERS, AGENTS OR CONTRACTORS); 28 U.S.C. §1495 (DAMAGES FOR UNJUST DETENTION); 28 U.S.C. §1498 (INVENTION COVERED BY UNITED STATES PATENT USED BY OR FOR UNITED STATES WITHOUT LICENSE); 28 U.S.C. §1499 (LIQUIDATED DAMAGES WITHHELD FROM CONTRACTORS)].

(3) OF (13) DECLARATION EXHIBIT "A"

§1454(c)(1)(2)(3)&(5) (CLAIM FOR RELIEF ARISING UNDER ANY ACT OF CONGRESS RELATING TO PATENTS); 28 U.S.C. §1453 (REMOVAL OF CLASS ACTIONS); 28 U.S.C. § 1452 (REMOVAL OF CLAIMS RELATED TO BANKRUPTCY CASES); AND SO ON.

ACCORDINGLY, IT WOULD BE SOUNDLY WITHIN THE COURT'S DISCRETION TO ISSUE AN ORDER APPOINTING A MASTER, OR, MASTERS, TO DESIGN A PATH THROUGH A TRUE "LLEWELLYN" BRAMBLEBUSH. SEE FED. R. CIV. P. 53. THERE ARE OVER 40 SEPARATE BASES FOR REMOVAL ASSERTED ABOVE. CURRY HAS BEEN SEVERELY ABUSED AND DISCRIMINATED AGAINST FOR DECADES FOR WHO HE IS AND WHAT HE KNOWS. HE WILL NOT BE ABUSED. ATTACHED HERETO AS EXHIBIT "A" IS CURRY'S DECLARATION IN SUPPORT OF THIS NOTICE OF REMOVAL TO HELP GUIDE THE COURT. SEE 28 U.S.C. §1455(b)(4) (PERMITTING EXHIBITS ANNEXED TO A NOTICE OF REMOVAL).

CURRY ASSERTS THAT HE WAS AND IS CURRENTLY DEEMED AN ENEMY, AND MEMBER OF THE UNITED STATES MILITARY, BY HOSTILE FOREIGN STATES; THAT HE ACTED IN FURTHERANCE AND UNDER COLOR OF HIS OFFICE OR STATUS; THAT HE CLAIMS ANY RIGHT, TITLE, OR AUTHORITY UNDER A LAW OF THE UNITED STATES RESPECTING THE ARMED FORCES THEREOF, OR UNDER THE LAW OF WAR, AVAILABLE TO HIM AS AN ACTIVE OFFICER CANDIDATE FOR DIRECT COMMISSION INTO UNITED STATES ARMY CYBER COMMAND SINCE SEPTEMBER 2020, WHICH SAID CANDIDACY IS PENDING AND KNOWN TO THE FEDERAL, STATE AND LOCAL "HIGHER UPS" IN THE RELATED LAW ENFORCEMENT AGENCIES SUPERVISING THIS PROCEEDING; AND THAT, THEREFORE, THE ABOVE-CAPTIONED CASES SHALL BE ENTERED ON THE DOCKET OF THE COURT HERE. SEE 28 U.S.C. §1442a; EXHIBIT "A", DECLARATION OF JAMES PRESCOTT CURRY ("CURRY DECLARATION").

(4) OF (13) DECLARATION EXHIBIT "A"

CURRY FURTHER ASSERTS THAT HE IS A CURRENT LIFE MEMBER OF THE MILITARY CYBER PROFESSIONALS ASSOCIATION. SEE http://www.mcpa.org. MEMBERSHIP THEREIN SUGGESTS THAT CURRY IS, IN FACT, A MEMBER OF THE MILITARY, DE FACTO OR DE JURE, DEPENDING ON THE INQUIRY, JURISDICTION AND COURT. MOREOVER, CURRY ASSERTS THAT VIA HIS MEMBERSHIP IN MCPA, HE ATTENDED A LOCKDOWN, LUNCH, AND LEARN ("3L") SESSION IN SEPTEMBER 2020; THAT THE SESSION FOR CPE CREDIT OCCURRED ON-LINE AT A RESOURCE HOSTED VIA THE GOOGLE CLOUD; THAT THE SESSION WAS RECORDED, AND IS DISCOVERABLE; THAT AN ATTENDEE FROM CYBER COMMAND RECRUITING INVITED ANY OTHERS ATTENDING TO APPLY FOR DIRECT COMMISSION TO ARMY CYBER COMMAND; THAT CURRY SENT AN E-MAIL TO THE PROVIDED ".mil" EMAIL ADDRESS, WHICH IS DISCOVERABLE, RECEIVED THE APPLICATION, AND RETURNED THE REQUESTED MATERIALS AND ITEMS PROMPTLY; THAT CURRY THEN WAS INFORMED HE WAS PASSED THROUGH THE FIRST SCREEN AND TO PROVIDE FURTHER ELEMENTS AS REQUESTED, WHICH HE DID, AND IS ACTIVE IN THE PROCESS, AS RECRUITERS AT THEIR STATIONS IN BOTH ROCK SPRINGS, WY (DECEMBER 2020) AND MELBOURNE, FL (2021) STATED THAT CURRY IS ACTIVE RECRUIT STATUS AS DIRECT COMMISSION UNTIL FORMAL LETTER NOTICE IS GIVEN TO HIM OTHERWISE. AS SUCH, CURRY HAS BOTH CLAIMS AND DEFENSES TO THE STATE CHARGES/AGAINST THE CLAIMANTS/ET CETERA (E.G., IMMUNITY) THAT DEPEND ON A FINDING, BY THE COURT HERE, A FEDERAL QUESTION AS TO CURRY'S STATUS AS A "DUAL-STATUS TECHNICIAN"/"SERVICEMEMBER"/MEMBER

(5) OF (13)  DECLARATION EXHIBIT "A"

OF THE MILITARY. SEE FERES v. U.S., 340 U.S. 135 (1950)( INTRA-MILITARY IMMUNITY DOCTRINE RECOGNIZED IN FERES BARS CLAIM OR DEFENSE)(MEMBER OF MILITARY SHOULD NOT BE ABLE TO SUE FOR INJURIES INCIDENT TO SERVICE); CIOCA v. RUMSFELD, 720 F.3D 505 (4TH CIR. 2013)(ANALYSIS OF CAUSATION REQUIRES FINDINGS REGARDING RELATIONSHIP BETWEEN PLAINTIFF AND PLAINTIFF'S SERVICE IN SUPPORT OF THE MISSION); STEWART v. U.S., 90 F.3D 102, 105 (4TH CIR. 1996)(ALL INJURIES SUFFERED BY MILITARY PERSONNEL THAT ARE EVEN REMOTELY RELATED TO STATUS AS A MEMBER OF THE MILITARY WITHIN THE BROAD PURVIEW OF FERES); BUT SEE, ALSO, PANELLA v. U.S., 216 F.2D 622 (2ND CIR. 1954)(DOCTRINE OF RESPONDEAT SUPERIOR AVAILABLE TO CLAIMANT WHERE MEMBER OF THE MILITARY FAILED TO PROTECT AGAINST THE INTENTIONAL TORTS OF NON-EMPLOYEE UNDER SUPERVISION PURSUANT TO THE LITTLE TUCKER ACT); NACKE v. U.S., 783 FED. APPX. 277 (4TH CIR. 2019)(COURT OBLIGATED TO PROVIDE DISCOVERY AND EVIDENTIARY HEARING ON WHETHER PARTY IS DUAL-STATUS TECHNICIAN, MEMBER OF MILITARY, OR SERVICEMEMBER WHO HAS TAKEN THE APROPOS OATH AND BEEN ASSUMED INTO A COMMAND PURSUANT TO PROCEDURAL DUE PROCESS AND THE WESTFALL ACT); DOE v. U.S., 141 X. __ 498 (2ND CIR. 2021)(CADET AT UNITED STATES MILITARY IS A MEMBER OF MILITARY, AND, SINCE SHE HAD NOT TAKEN THE APROPOS OATH, WAS NOT BARRED BY FERES, WHERE SHE CLAIMED A PRIMA FACIE CASE OF RAPE).

HENCE, CURRY'S DEFENSES TO THE STATE LAW COMPLAINTS DEPEND ON WHICH "LABEL" THE FEDERAL, STATE, COUNTY, LOCAL AND MILITARY ATTACH TO HIS ACTS THAT RESULTED IN HIS DETENTION IN THE COURT'S DISTRICT. THE PUBLIC DOCKET SHOWS TWO

CRIMINAL PROCEEDINGS, ONE OF WHICH INVOLVES ALLEGATIONS THAT THE FSCLM REGIONAL TASK FORCES (SEE FLA. STAT. §943.0312), DOMESTIC SECURITY OVERSIGHT COUNCIL (SEE FLA. STAT. §943.0313), COUNTER-TERRORISM COUNCIL (SEE FLA. STAT. §943.03101), AND THEIR COMMERCIAL AND PRIVATE CLOUD AD HOC SOCIAL NETWORKING WEBSITES AND RELATED APPLICATION (LAYER SIX OSI REFERENCE MODEL) INFRASTRUCTURE (E.G., GOOLE, YOUTUBE, FACEBOOK, INSTAGRAM, TWITTER, TIKTOK, SNAP, APPLE) PARTNERS (SEE FLA. STAT. §943.0437(1)), LOCAL EMERGENCY PLANNING COMMITTEES, HEALTH, MEDICAL AND HOSPITAL "AGENCIES," AND "OTHER PERSONS AS DEEMED APPROPRIATE AND NECESSARY BY THE TASK FORCE CHAIRS," "VOTED" TO RECOMMEND THAT CURRY'S ACTS AND OTHER CONDUCT WARRANTED THEIR ENLISTING OF THE "ABLE-BODIED MEN [AND WOMEN] OF THE COMMUNITY" AS PRE-ORGANIZED TO AID "THE COMMUNITY," OR, "VILLAGE," AS A "POSSE COMITATUS," STRAIGHT OUT OF STASI GERMANY, TO "THWART" CURRY FROM HIS PEACEFUL PRIVILEGE TO TRAVEL, AND PURSUE HAPPINESS, AS AN AMERICAN CITIZEN, BORN FREE. SEE IN RE QUARLES, 158 U.S. 532, 535 (1895) (QUOTING 1 W. BLACKSTONE, COMMENTARIES ON THE LAW OF ENGLAND 332 (1765).¹

HENCE, THROUGH THE MARVELS OF MODERN TECHNOLOGY, THE HIGH-TECH LYNCHING OF THE 1980s HAS TRANSMOGRIFIED TO MODERN-DAY, MOSCOW-RED-SQUARE BEAR-BAITING CRUELTY, AS WELL, WHICH CULMINATED IN CURRY'S DETENTION FACING A CAPITAL FELONY FOR STANDING HIS GROUND WHILE BEING "SWERVED" ON AND THEN ATTACKED, AND SADDLED, TWICE IN TWO DAYS.

---

FN 1.) SEE, ALSO, ROBINSON V. STATE, 93 GA 77, 18 SE 1018, 1019 (1893) (WHILE SERVING AS PART OF A "POSSE COMITATUS," A PRIVATE INDIVIDUAL HAS THE SAMES AUTHORITY AS THE SHERIFF, AND

(7) OF (13) DECLARATION EXHIBIT "A"

On November 7, 2020, however, Curry was arrested at the White House gate, while trying to report his evidence of federal election fraud collected, which evidence he had delivered into the custody of the United States Supreme Court, detained during absolute chaos (later reported as a directed energy weapon matter), interrogated, then transported to jail, where he was booked in, and charged with "failure to obey", which, again, is strong circumstantially to infer Curry is a dual-status technician, at least. After several hours in the D.C. jail, Curry was released, hailed a ride, and returned to his pre-paid-in-full basic executive room at the Trump International Hotel Washington, D.C.

II).

Based on Curry's asserted federal defenses set forth supra and infra, he contends that being charged with "failure to obey", a UCMJ violation, in November 2020, resulted in his being where he was on 1 September and 3 September, 2021, when arrested, while (i) driving with his older brother John Adrian Kirk Curry to St. Augustine, FL, to receive his certified letter of good standing in hand at the UPS Store PMB for his law practice, from the Clerk of the United States Supreme Court; and (ii) on 3 September, while defending his life after stopping to get gas in downtown Jacksonville.

---

was protected to the same extent); Filarsky v. Delia 566 U.S. 377 (2012)(private attorney temporarily retained by city to conduct city's work was entitled to seek qualified immunity from suit under § 1983. The enactment of § 1983 did not abrogate (8) common law immunity for government employees..."). 8 of 13  But, see, crime-fraud exceptions therein.

IN OTHER WORDS, CURRY CONTENDS HE USED TO AND WAS UNDER ORDER(S) GIVEN TO HIM BY HIS SUPERIORS TO BE WHERE HE WAS, WHEN HE WAS, ESPECIALLY WHEN TWO NAVY HELICOPTERS "BULLSEYED" HIM ON TOP OF THE GARAGE WHERE HE WALKED TO AFTER BEING RELEASED FROM PT OF JAX ON 2 SEPTEMBER, ACROSS STREET FROM THE GATE GAS STATION. ACCORDINGLY, CURRY HAS PRESENTED A FEDERAL DEFENSE TO FLORIDA'S CRIMINAL CHARGES OF (i) ARSON, CRIMINAL MISCHIEF, AND RESISTING ARREST WITHOUT VIOLENCE (9/3/2021), AND (ii) CRIMINAL MISCHIEF (9/1/2021). THIS PROCEEDING INVOLVES A FEDERAL ISSUE WHICH THE UNITED STATES GOVERNMENT HAS AN INTEREST IN SEEING LITIGATED IN THE FEDERAL COURTS. REMOVAL IS PROPER.

AS A SECOND FEDERAL DEFENSE, CURRY CONTENDS THAT AS A VISTA VOLUNTEER IN 2012, HE BECAME A "PERSON ACTING UNDER" OFFICER OF UNITED STATES WITHIN MEANING OF 28 U.S.C. § 1442(a)(1), AND HENCE REMOVAL IS AVAILABLE TO HIM. SEE <u>APPALACHIAN VOLUNTEERS, INC. v. CLARK</u>, 432 F.2D 530 (6TH CIR. 1970), CERT. <u>DENIED</u> 401 U.S. 939; <u>OREGON v. CAMERON</u>, 290 F. SUPP 36 (D. OR. 1968)(WORKERS FOR VOLUNTEERS IN SERVICE TO AMERICA (VISTA) ARE PERSONS ACTING UNDER OFFICER OF UNITED STATES WITHIN MEANING OF 28 U.S.C. § 1442(a)). IRONICALLY, OR, BETTER SAID, PERFECTLY INDUCTIVE OF COGNITIVE DISSONANCE, CURRY'S VISTA WORK INVOLVED DEFENDING FLORIDA PRISON INMATE ANDREW HUTCHINSON' DURING HIS UNLAWFUL DEPOSITION AT DADE CORRECTIONAL INST

FN: 1). JUDGMENT OF CONVICTION ENT(9)ERED AT JACKSONVILLE, DUVAL COUNTY, FLORIDA; HOUSED AT SAME (is) FACILITY AS CURRY IS NOW (12/2021).

IN JANUARY 2019, HCA PDB (VOLUNTEER FROM 2017) REPORTED MR. HUTCHINSON SO THAT HE HAD A POWER AGAINST HIS INQUISITOR. THAT PERSON ORDERED THE COURT REPORTER TO COMMENCE PRIOR TO HIS ARRIVAL, AGAINST MR. HUTCHINSON'S RIGHTS. HENCE, UNLAWFUL, AS MAGISTRATE WHITE ACKNOWLEDGED. SEE TRANSCRIPT ("IMPROPER"). NONETHELESS, CURRY WAS ORDERED TO PAY OVER TO THE INQUISITOR'S ACCOUNT OVER $1,000.00 USD, BUT NOT AS A SANCTION. THIS UNLAWFUL PAYMENT UNDER DURESS WAS A CONTEMPT FINE (PUNITIVE; PURSUANT TO SOME MAGISTERIAL POWER PURSUANT TO PARENS PATRIAE DOCTRINES IN THE COMMON LAW OF ENGLAND), THOUGH VIOLATIVE OF TRADITIONAL NOTIONS OF FAIR PLAY AND SUBSTANTIAL JUSTICE UNDER AMERICAN JURISPRUDENCE. AS SUCH, CURRY, AND VISTA, HAVE A RIPE, EQUITABLY TOLLED, CAUSE AGAINST THOSE PARTIES FOR THAT FIASCO. ACCORDINGLY, REMOVAL IS PROPER. 28 U.S.C. §1442(a).

AS A THIRD FEDERAL DEFENSE, CURRY ASSERTS THAT SINCE HE IS, AS OF JULY 2021, IN THE NEGOTIATIONS PHASE TO RECEIVE ASSIGNMENT, AS ASSIGNEE, OF THE AMERICA'S ARMY® VIDEO GAME INTELLECTUAL PROPERTY HE SOUGHT FROM DOD'S TECHNOLOGY TRANSFER TEAM AT THE UNIVERSITY OF MONTANA; AND THAT HE OWNS U.S. PATENT NO. 7,412,511; U.S. TRADEMARK REG. ON iTRAINER®, AND THE DOMAIN iTRAINER.COM; THAT IN OCTOBER 2005, HE MET WITH TWO AGENTS OF LOCKHEED MARTIN SKUNKWORKS AT COLORADO SPRINGS, CO, AND AGREED TO A PARTNERSHIP, ASSIGNING THE '511 PATENT TO SKUNKWORKS, ONCE ISSUED, AND THE DOMAIN iTRAINER.COM; AND THAT UPON AGREEMENT, CURRY COMMENCED HIS SLOW DISCLOSURE OF CERTAIN SO-CALLED "TRANSCENDENTAL ALGORITHMS" RELATED TO THE GLOBAL CONSCIOUSNESS PROJECT; THAT

SAID TA'S ARE HIGHLY EFFECTIVE AT DEFEATING AND PROTECTING AGAINST FLUORESCENCE SYSTEMS OUTSIDE HUMANKIND "NORMAL FACULTIES" THAT THE WORLD POWERS USE TO CONSTRAIN THEIR SUBJECTS, AND, WORSE, ENTERTAIN THEIR ELECT; THAT EACH PERSON, IF, THEY SO CHOOSE, COULD TRAIN AGAINST THE SYSTEMS, BECAUSE CURRY, AMONG OTHERS, HAS DONE SO; THAT CURRY DISCLOSED A "WHITE PAPER" IN OCTOBER 2006, AVAILABLE AT HTTPS://2048.FYI, DRAFTED NEAR M.I.T. WHILE SURVEILLED AT A STARBUCK'S COFFEE LOCALE A-CROSS FROM QUANTUM BOOKS; THAT THE '06 WHITE PAPER WAS DEVELOPED INTO A FUNCTIONING TECHNOLOGY; THAT SAID TECHNOLOGY IS BEING USED TO TRAIN U.S. MILITARY MEMBERS IN OCALA, FL AND PENSACOLA, FL AT A DARPA INSTITUTE; THAT CURRY'S YOUNGER BROTHER MICHAEL JEREMIAH CURRY IS A DARPA RESEARCH SCIENTIST IN MACHINE LEARNING ALGORITHMS AT UNIVERSITY OF MARYLAND AT COLLEGE PARK; THAT CURRY REGISTERED THE DOMAIN ON THE HARVARD UNIVERSITY NETWORK IN 1998, AT THE 2ND ANNUAL BERKMANN CENTER FOR INTERNET & SOCIETY CONFERENCE, WHERE HE DEVELOPED HIS PLAN; THAT CURRY'S FATHER, JOHN MICHAEL CURRY, IS A GRADUATE OF THE B SCHOOL; THAT HIS MOTHER, THEIA STELLA KIRK CURRY, IS A GRADUATE OF RADCLIFFE; THAT MJC IS A GRADUATE OF HBX; THAT JMKC AND CURRY ARE ALUMNI OF HARVARD EXTENSION; THAT JMKC IS A GRADUATE OF BROWN UNIVERSITY WITH HIGH HONORS IN NEUROSCIENCE, AND FINE ARTS VIA CROSS-REGISTRATION AT RISD; THAT CURRY'S MATERNAL GRANDMOTHER, ELEANOR H.S. ADRIAN KIRK, GRANDFATHER JAMES W. KIRK, ESQUIRE, GREAT UNCLE HENRY W. ADRIAN, ESQ,

(11) of (13)   DECLARATION EXHIBIT "A"

UNCLE JAMES M. KIRK, JR. ("JMC"), JESSE, AND HIS WIFE LAURIE HUSSEEL KIRK, ALL HAVE OR HAD FEDERAL OFFICER SUPERVISION AS MEMBERS OF THE MILITARY, SERVICE-MEMBERS, OR DUAL-STATUS TECHNICIANS FROM AT LEAST 1940; THAT CURRY'S PATERNAL GRANDFATHER IS RECOGNIZED AS A SILVER STAR, BRONZE STAR, VALUE RECIPIENT AND HIS REMAINS ARE LOCATED AT ARLINGTON NATIONAL CEMETERY; THAT JMC IS A U.S. ARMY VETERAN AND MEMBER OF THE SOCIETY OF CINCINNATUS; AND THAT AS A RESULT OF THE FOREGOING, CURRY HAS SATISFIED CONDITIONS FOR REMOVAL AS PERSON ACTING UNDER OFFICER OF UNITED STATES. SEE ANESTHESIOLOGY ASSOCS. OF TALLAHASSEE V. BLUE CROSS BLUE SHIELD OF FLORIDA, INC., 2005 U.S. APP. LEXIS 29624 (11TH CIR. 2005); ST. CHARLES SURGICAL HOSP., L.L.C. V. LA. HEALTH SERV. & INDEM CO., 935 F.3D 352 (5TH CIR. 2019). FURTHER, "CAUSAL NEXUS" IS SATISFIED, AS SHOWN HEREIN. ISAACSON V. DOW CHEM CO. (IN RE AGENT ORANGE PROD. LIAB. LITIG.), 304 F. SUPP. 2D 442 (E.D.N.Y. 2004), AFF'D, 517 F.3D 129 (2D CIR. 2008)(NEXUS SATISFIED WHERE GOVERNMENT INTIMATELY INVOLVED IN DESIGNER'S DECISIONS WHICH PRECIPITATED THE BREACH OR HARM CAUSALLY COMPLAINED OF.)(COLOR OF OFFICE REQUIREMENT SHOULD NOT BE FRUSTRATED BY "NARROW" CONSTRUCTION; COURTS INTERPRET RULE BROADLY.).

THUS, IN LIGHT OF THE FOREGOING, THE COURT MUST TAKE JURISDICTION OF THIS CAUSE; CURRY RESPECTFULLY REQUESTS SUCH TAKING, AND ISSUANCE OF ITS WRIT OF HABEAS CORPUS, PURSUANT TO 28 U.S.C. §1455(C)(1,2) AND SHEDULING OF DISCOVERY AND DECLARATION EXHIBIT "4"

AN EVIDENTIARY HEARING, 28 U.S.C. §1455(b)(5), AND THEN MAKE SUCH DISPOSITION OF THE PROSECUTION AS JUSTICE SHALL REQUIRE.



### CERTIFICATE OF SERVICE

I AM AN INMATE CONFINED IN AN INSTITUTION. TODAY, 28 DECEMBER 2021, I AM DEPOSITING THE NOTICE OF REMOVAL DATED 28 DECEMBER 2021, TOGETHER WITH EXHIBIT "A", + EXHIBIT "B", COMPOSITE EXHIBITS OF ATTORNEY WORK PRODUCT, & DECLARATION IN SUPPORT, THEREOF, IN THIS CASE INTO THE INSTITUTION'S INTERNAL MAIL SYSTEM. FIRST-CLASS POSTAGE IS BEING PREPAID EITHER BY ME OR BY THE INSTITUTION ON MY BEHALF.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT. SEE 28 U.S.C. §1746; 18 U.S.C. §1621).

SIGNED ON: DECEMBER 28, 2021

*James Prescott Curry*

JAMES PRESCOTT CURRY, ESQUIRE
CURRY, P.L. // FLORIDA BAR #10346
JAMES.CURRY@CURRYPL.COM
INMATE # 2021018519
c/o JOHN E. GOODE PRE-TRIAL
   DETENTION FACILITY
   500 E. ADAMS STREET
   JACKSONVILLE, FL 32202

COPIES TO:
SERVICE LIST:
STATE ATTORNEY;
FLORIDA ATTORNEY GENERAL
UNITED STATES ATTORNEY, JAX
ATTORNEY GENERAL, D.C.

(13) OF (13) DECLARATION EXHIBIT "A"